UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-256-MOC-DSC-3

|                              |   |                              |
|------------------------------|---|------------------------------|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Vs. | ) | ORDER OF CONTINUANCE |
| | ) | (Less than 30 Days from Arraignment) |
| **DARIEL A. LYLES**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue

Docket Call/Trial. (#29). Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue

Docket Call/Trial (#29) is **GRANTED,** and this matter is continued to the next criminal term. The

Court finds that the delay caused by this continuance shall be excluded in accordance with 18

U.S.C. § 3161(c)(2), as trial is scheduled less than 30 days from arraignment and appearance of

counsel. Moreover, the ends of justice served by granting such continuance outweigh the best

interests of the public and Defendant in a speedy trial. This matter, including the scheduled status

conference, is continued to the next criminal term, and the time is excluded. The time for filing

pretrial motions is **ENLARGED** by 60 days from entry of this Order.

**IT IS FURTHER ORDERED** that, in accordance with 18 U.S.C. § 3161(h)(6), this matter

is continued all other defendants and the time is excluded as a reasonable period of delay, as they

are joined with a co-defendant whose case has been continued from the term and as to whom the

time for trial has not run and no motion for severance has been granted.

Signed: September 11, 2020

Max O. Cogburn Jr.
United States District Judge